# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: CINDY ROSE                           §     Case No. 09-72548
                                            §
                                            §
           Debtors                          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/19/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/18/2009.

6) Number of months from filing or conversion to last payment: 8.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,800.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 560.00 | |
| Less amount refunded to debtor | $ 560.00 | |
| **NET RECEIPTS** | | $ 0.00 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 0.00 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY SCOTT A BENTLEY | Lgl | 3,500.00 | NA | NA | 0.00 | 0.00 |
| A-TEC AMBULANCE | Uns | 137.00 | NA | NA | 0.00 | 0.00 |
| A-TEC AMBULANCE | Uns | 589.00 | NA | NA | 0.00 | 0.00 |
| A-TEC AMBULANCE | Uns | 589.00 | NA | NA | 0.00 | 0.00 |
| ACC INTERNATIONAL | Uns | 229.15 | NA | NA | 0.00 | 0.00 |
| AFFILIATED ENT PHYSICIANS | Uns | 1,106.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL | Uns | 802.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES OF | Uns | 1,090.00 | NA | NA | 0.00 | 0.00 |
| ASSET CARE | Uns | 471.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON ORTHOPAEDIC | Uns | 1,772.00 | 2,165.00 | 0.00 | 0.00 | 0.00 |
| BARRINGTON ORTHOPAEDIC | Uns | 2,165.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON ORTHOPAEDIC | Uns | 2,165.00 | NA | NA | 0.00 | 0.00 |
| CARING FAMILY | Uns | 118.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH CARE | Uns | 327.25 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH CARE | Uns | 511.75 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH CARE | Uns | 1,055.50 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH CARE | Uns | 8,047.25 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 2,277.50 | 12,129.82 | 12,129.82 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA HEALTH SYSTEM | Uns | 327.25 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 848.25 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 568.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 280.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 2,021.75 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 1,807.59 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 2,002.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HORIZON BEHAVIORAL | Uns | 1,005.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 8,140.00 | 4,533.82 | 4,533.82 | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 848.25 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 848.25 | 961.02 | 961.02 | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 384.57 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 1,548.25 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 161.02 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 2,277.50 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 697.76 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 1,679.50 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 150.25 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 369.50 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 218.37 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 451.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 551.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 551.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 363.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 551.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SERVICE GROUP | Uns | 553.00 | NA | NA | 0.00 | 0.00 |
| FAMILY DENTISTRY | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| HORIZONS BEHAVIORAL HEALTH | Uns | 212.50 | NA | NA | 0.00 | 0.00 |
| JOSEPH KAPPIL MD | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 152.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 15.80 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 195.43 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 195.43 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MEDICAL CENTER ANESTHESIA | Uns | 553.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 1,930.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 755.55 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 72.75 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 1,055.50 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 511.75 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 2,277.50 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 494.25 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 753.50 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 533.50 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 1,055.50 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 753.50 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 1,930.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 161.02 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 1,548.25 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 511.75 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Uns | 1,656.00 | NA | NA | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Uns | 1,587.80 | NA | NA | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Uns | 136.30 | NA | NA | 0.00 | 0.00 |
| MORAINE ER PHYSICIANS | Uns | 876.00 | NA | NA | 0.00 | 0.00 |
| MORAINE ER PHYSICIANS | Uns | 38.80 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 1,160.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 594.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 2,286.75 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 327.25 | NA | NA | 0.00 | 0.00 |
| NORHTERN ILLINOIS MEDICAL | Uns | 2,589.38 | 9,770.62 | 9,770.62 | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 568.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 551.00 | NA | NA | 0.00 | 0.00 |
| OSI | Uns | 27.00 | NA | NA | 0.00 | 0.00 |
| ROMAN DYKUN | Uns | 1,088.00 | 1,370.00 | 1,370.00 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 153.30 | NA | NA | 0.00 | 0.00 |
| ST. ALEXIUS MEDICAL CENTER | Uns | 1,517.00 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 149.00 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 308.00 | NA | NA | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TRI-COUNTY EMERGENCY | Uns | 199.00 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 507.00 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 159.00 | NA | NA | 0.00 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 28,765.28 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  05/20/2010          By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)